IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02850-PAB-MEH

JPMORGAN CHASE BANK, N.A.,

    Plaintiff,

v.

MCCOY LAND AND CATTLE CO.,
SOPRIS, LLC,
EGERIA LIVESTOCK LLC,
KIRK A. SHINER, an individual,
KEVIN B. PFIESTER, an individual, and
KRISTINE A. SHINER, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2014.**

    Plaintiff's Unopposed Motion to Stay all Deadlines Pending Resolution of the Motion to Enforce Settlement Agreement [filed October 31, 2014; docket #31] is **granted**. The proceedings of this case are temporarily stayed pending resolution of the motion to enforce. Upon a ruling of the motion, the parties shall file a joint status report informing the Court of any further discovery that may be necessary.