IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02850-PAB-MEH

JPMORGAN CHASE BANK, N.A.,

      Plaintiff,

v.

MCCOY LAND AND CATTLE CO.,
SOPRIS, LLC,
EGERIA LIVESTOCK LLC,
KIRK A. SHINER, an individual,
KEVIN B. PFIESTER, an individual, and
KRISTINE A. SHINER, an individual,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2014.**

      Plaintiff's Unopposed Motion to Withdraw Motion to Enforce Settlement Agreement [filed November 14, 2014; docket #34] is **granted**. Plaintiff's Motion to Enforce Settlement Agreement [filed October 24, 2014; docket #29] is hereby **withdrawn**.